JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. CV 11-01653 DMG (Ex) |
| Plaintiff, | |
| v. | **JUDGMENT** |
| 300 CARTONS, MORE OR LESS, CONTAINING *SAUSSUREA COSTUS*, IMPORTED FROM THE PEOPLE'S REPUBLIC OF CHINA, | |
| Defendants. | |
| SOLSTICE ACME, INC., d/b/a SOLSTICE MEDICINE CO., | |
| Claimant. | |

Pursuant to the Court's Order re Cross-Motions for Summary Judgment, issued on December 19, 2011, IT IS HEREBY ORDERED, ADJUDGED, and DECREED that judgment is entered in favor of Defendant 300 Cartons, More of Less, Containing *Saussurea Costus*, Imported from the People's Republic of China (the "Defendant

Property") and Claimant Madison One Acme, Inc. d/b/a Solstice Medicine Co., and against Plaintiff United States of America, which shall take nothing, as follows:

1. Claimant is the lawful owner of the Defendant Property;

2. The Defendant Property is not subject to forfeiture pursuant to the Endangered Species Act or the Convention on International Trade in Endangered Species of Wild Flora and Fauna;

3. Plaintiff shall release and return the Defendant Property to Claimant or Claimant's agent forthwith;

4. Plaintiff is responsible for all charges and other costs incurred in connection with the seizure and storage of the Defendant Property;

5. The Court finds that there was reasonable cause for the seizure of the Defendant Property and this Judgment shall be construed as a certificate of reasonable cause pursuant to 28 U.S.C. § 2465(a)(2);

6. In accordance with 28 U.S.C. § 2465(b)(1)(A), Claimant is awarded and the Government shall pay the attorneys' fees and costs reasonably incurred by Claimant;

7. Claimant shall comply with Local Rule 54-3 with regard to its claim for costs; and

8. Absent an agreement between the parties regarding the amount of the attorneys' fees, Claimant may file, by no later than February 24, 2012, a regularly noticed motion and supporting declaration for the amount of attorneys' fees to be awarded.

**IT IS SO ORDERED**.

DATED:   February 3, 2012

_____
DOLLY M. GEE
UNITED STATES DISTRICT JUDGE